UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In Re: THOMAS A. THIERING,   CASE NO. 10-44055-BWB
and
LINDA M. THIERING,
CHAPTER 13
DEBTORS.

CREDITOR: <u>WELLS FARGO HOME MORTGAGE</u>

## Statement in Response to Notice of Final Cure Payment

### A. Prepetition Arrearage Claim (Last 4 digits of account #: 6997, No Proof of Claim)

Creditor ■ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

If creditor disagrees:

Amount due to cure pre-petition arrears:     $_____

Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

### B. Post-Petition Fees/Charges

***Outside the plan***: Creditor ■ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid outside the Chapter 13 Plan. After an order granting a motion to authorize the debtor(s) to sell the real property was granted (Doc. No. 29), the short sale was completed with a satisfaction of mortgage recorded on December 18, 2012. The account balance is $0.00.

If the creditor disagrees:

Amount due to cure post-petition arrears due outside the plan: $_____

Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

***Inside the plan***: Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

If the creditor disagrees:

Amount due to cure post-petition arrears due inside the plan: $_____

**C. Signatures**

The person completing this Statement must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

❏ I am the creditor.
■ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | | |
|---|---|---|
| Signature | */s/ Heather D. Bock* | Date 10/21/2013 |
| Print | Heather D. Bock (First Name  Middle Name  Last Name) | Title Agent for the Creditor |
| Company | McCalla Raymer, LLC | |
| Address | Six Concourse Parkway, Suite 2920 (Number  Street) | |
| | Atlanta    GA    30328 (City  State  ZIP Code) | |
| Contact phone | (678) 281-6528 | |
| Contact email | kdr@mccallaraymer.com | |

**D. Service**

I HAVE SERVED A COPY OF THE Response to the Notice of Final Cure Payment by depositing a copy of the same in a postage-paid envelope with the United States Postal Service on October 21, 2013.

| | | |
|---|---|---|
| Debtor(s) (address): | Thomas A Thiering<br>490 Coster St<br>Hinkley, IL 60520 | Linda M Thiering<br>490 Coster Ave<br>Hicnckley, IL 60520 |
| Trustee: | Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532 | |
| Debtor's Counsel: | Jason A. Kara<br>Geraci Law L.L.C.<br>55 E Monroe St. Suite #3400<br>Chicago, IL 60603 | Dale A. Riley<br>Geraci Law L.L.C.<br>55 E Monroe St. Suite #3400<br>Chicago, IL 60603 |
| | | */s/ Heather D. Bock*<br>Heather D. Bock |